**Order filed September 4, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00124-CV
_____

**DATRIL BOSTON, Appellant**

**V.**

**BRYCE DANIEL, INC. D/B/A FAST & FREE REAL ESTATE, Appellee**

On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2008-74789

## O R D E R

Both the District Clerk's office and the court reporter advised this court that appellant had not paid for preparation of the record. On August 27, 2014, we were advised that the trial court had determined that appellant was entitled to proceed without the advance payment of costs. The clerk's record was filed August 27, 2014. The record does not contain the trial court's order overruling a contest to appellant's claim of indigence or otherwise ruling that appellant is entitled to

pauper status. Accordingly, we issue the following order: *See* Tex. R. App. P. 34.5(c).

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **September 25, 2014**, containing the trial court's order ruling that appellant is indigent and entitled to proceed as a pauper without the advance payment of costs.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM